1

2

3

4

5
## UNITED STATES DISTRICT COURT

6
### DISTRICT OF NEVADA

7
* * *

8
UNITED STATES OF AMERICA,                    )
                                             )
9
                    Plaintiff,               )
                                             )
10
vs.                                          )          2:08-CR-00283-RCJ-RJJ
                                             )
11
MARKETTE TILLMAN, JACOREY TAYLOR             )
AND REGINALD DUNLAP,                         )
                                             )
12
                    Defendant.               )          __ORDER__
                                             )
13
_____)

14
On February 17, 2011, a Notice of Government's Intent Not To Seek The Death Penalty

15
(#472) was filed. The Guide to Judiciary Policy Volume 7 Chapter 6 § 630.30.10 states:

16
     If , following the appointment of counsel in a case which a defendant
was charged with an offense that may be punishable by death, it is
17
determined that the death penalty will not be sought, the court should
consider the questions of the number of counsel and the rate of
18
compensation needed for the duration of the proceeding.

19
The court has made an appropriate reduction in the number of counsel for each defendant.

20
Sec. 630.30.20. Further, finding no extenuating circumstances, the court reduces the compensation

21
rate for all remaining counsel to $125 per hour. This reduction in the compensation rate will apply

22
prospectively.

23
     ACCORDINGLY, IT IS HEREBY ORDERED that counsel's compensation rates are reduced

24
to the standard rate of $125 per hour from the date of this Order.

25
DATED this __14th__ day of April, 2011.

26

27
_____
ROBERT J. JOHNSTON
28
United States Magistrate Judge