John R Grele
CA Bar # 167080
149 Natoma St., third floor
San Francisco, CA 94105
Tel: (415) 348-9300
Fax: (415) 348-0364

Attorney for Defendant
MARKETTE TILLMAN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:08-cr-0283-RCJ-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| MARKETTE TILLMAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This Court, having considered the matter and the arguments of counsel, and good cause shown, hereby ORDERS the Government respond to the Motion to Require Government Disclosure under FRCP 12(b)(4)(b) by Mr. Tillman, by 4 pm on October 3, 2011. Any reply shall be filed by midnight that day.

IT IS SO ORDERED.

DATED: 10-04-2011      By: _____
Robert C. Jones
United States Chief District Judge

1