John R Grele
CA Bar # 167080
149 Natoma St., third floor
San Francisco, CA 94105
Tel: (415) 348-9300
Fax: (415) 348-0364

Attorney for Defendant
MARKETTE TILLMAN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cr-0283-RCJ-RJJ |
| Plaintiff, | |
| vs. | ORDER |
| MARKETTE TILLMAN, | |
| Defendant. | |

This Court, having considered the matter and the arguments of counsel, and good cause shown, hereby ORDERS the Government supply Mr. Tillman with a list of evidence it intends to use at trial that may be subject to a motion to suppress no later than October 7, 2011. The list must detail the items of evidence, date obtained and bates number in the discovery wherein it is described, or a description sufficient to permit a motion by the defense.

IT IS SO ORDERED

DATED: 10-07-2011

By: _____
Robert C. Jones
United States Chief District Judge

1