# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:08-cr-00283-RCJ-RJJ |
| vs. | ) ORDER |
| MARKETTE TILLMAN, | ) |
| Defendant. | ) |

This Court having considered the matter, and good cause shown, hereby ORDERS the Government to comply with the Court's October 7, 2011, Order granting Defendant Tillman's Rule 12(b)(4)(B) motion by November 7, 2010. The Court also ORDERS that Defendant Tillman shall have until November 21, 2011, to fill his Pretrial Motions, including notices of any defenses under Rules 12.1, and 12.2 of the Federal Rules of Criminal Procedure, and the Government shall files any responses by November 28, 2011.

IT IS SO ORDERED

DATED: December 1, 2011

ROBERT C. JONES
CHIEF UNITED STATES DISTRICT JUDGE