UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-0283-RCJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO EXTEND TIME TO FILE |
| MARKETTE TILLMAN, | ) | |
| Defendant. | ) | |

This Court, having considered the arguments of counsel, and for good cause appearing,

IT IS HEREBY ORDERED that:

The time for Mr. Tillman's reply to the Government's response to his discovery motion, be extended to January 9, 2012.

IT IS SO ORDERED

Dated: This 10th day of January, 2012.

_____
Robert C. Jones
Presiding United States District Judge

**Order to Extend Time**
**No. CR 03-283 RCJ**                                1