# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN BOOTH, *et al.*<br><br>    Defendant. | Case No. 2:08-CR-00283-RCJ-RJJ<br><br>**ORDER**<br><br>October 10, 2012 |

PRESENT:

THE HONORABLE <u>ROBERT C. JONES</u>, UNITED STATES CHIEF DISTRICT JUDGE

DEPUTY CLERK: <u>LESA ETTINGER</u>     REPORTER: <u>MARGARET GRIENER</u>

COUNSEL FOR PLAINTIFF(S):     <u>NICHOLAS DICKINSON, KEVIN ROSENBERG</u>

<u>AND PHLLIP SMITH</u>

COUNSEL FOR DEFENDANT(S):    <u>SHARI KAUFMAN, REBECCA ROSENSTEIN</u>

<u>AND JOHN GRELE</u>

MINUTE ORDER IN CHAMBERS:

Presently before this Court are the following motions:

[ECF #696]   Defendant Markette Tillman's Request for Extension of Time to File Objections to Govt. Notices of Enterprise Evidence (574) and Experts (570), and Reply to Oppositions to Motions to Suppress (683 & 684);

[ECF #710]   Request for Extension of Time to File Objections to govt. Notices of Enterprise Evidence (574) and Experts (570), and Reply to Oppositions to Motions to suppress (683 & 684); and

[ECF #756]   Defendant Steven Booth's Motion to Withdraw Request for New Counsel to be Appointed to Mr. Booth.

IT IS HEREBY ORDERED that motion [ECF # 710] is GRANTED and motions [ECF ##696, 756] are DENIED as MOOT.

IT IS SO ORDERED.

Dated this 10th day of October, 2012.

_____
ROBERT C. JONES
Chief Judge