UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                         333 Las Vegas Blvd So.
                          Las Vegas, NV 89101
                     (702)464-5614 fax (702)464-5611

                              MEMORANDUM
                  RE: REQUEST FOR TRAVEL AUTHORIZATION

**DATE:** February 10, 2013

**TO:**   Honorable Robert C. Jones, USMJ
          United States Chief Judge

**FROM:**   John Grele

**Case Name:** USA v. Tillman     **Case No:** 08-cr-283

**Name and Title of person traveling:**
Samuel Plainfield, Computer Expert

**SUBJECT:**   *TRAVEL AUTHORIZATION*

It is requested that advance authority be granted to travel from San Francisco, CA to Las Vegas, NV.

The estimated cost for this travel is: $150.00 for lodging, transportation, and meals; $350.00 for airfare.

**The purpose of this travel is:**

To assist counsel in inspecting, photographing, and cataloguing physical evidence that is in possession of the government. The physical evidence includes several hundred items that will be presented by the government at trial. The government is making these items available for defense inspection on Tuesday, February 12. Mr. Plainfield is a trained digital photographer. Such photographs are necessary for expert review so as to provide photographs that can be magnified and enhanced.

**The estimated dates of this travel are:**

For one day and one night sometime during the period of Monday, February 11, 2013 through Wednesday, February 13, 2013.

__ It is requested that a rental vehicle be obtained

XX It is requested that airline tickets may be obtained through the CJA Government Travel Account.

_____  2/10/13____
COUNSEL                          DATE


IT IS SO ORDERED this 19th day of February, 2013.

_____
UNITED STATES            JUDGE


PURCHASE ORDER NUMBER___13094_____(CJA GTA 0475)