UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 2:08-CR-00283-RCJ-PAL |
| v. | ) | |
| | ) | |
| MARKETTE TILLMAN, *et al.,* | ) | O R D E R |
| Defendants. | ) | |

A transcript of the Status Conference hearing held on Wednesday, February 27, 2013 shall be prepared for the Court on an expedited basis.

IT IS SO ORDERED.

DATED this 27th day of February, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE