UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARKETTE TILLMAN, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:08-cr-283-RCJ-PAL <br><br> ORDER |

On February 27, 2013, the Court disappointed John R. Grele, Esq. and ordered a new CJA panel approved attorney appointed in his stead. (#807) Therefore;

IT IS HEREBY ORDERED that Lance A. Maningo, Esq. is appointed as counsel for Markette Tillman in place of John R. Grele, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Grele shall forward the file to Mr. Maningo forthwith.

DATED this __1st__ day of March, 2013.

Nunc Pro Tunc Date: February 28, 2013.

_____
ROBERT C. JONES
United States District Judge