# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 2:08-cr-00283-RCJ-PAL-3 |
| vs. | ) | |
| | ) | |
| MARKETTE TILLMAN et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

On October 28, 2008, a federal grand jury returned an Indictment charging Defendants with having engaged in a RICO enterprise, the "Playboy Bloods" street gang. Defendants Jacorey Taylor and Markette Tillman (collectively, "Defendants") have also been charged with committing a violent crime, murder, in aid of racketeering activity in violation of 18 U.S.C. § 1959(a)(1) and (a)(2). Defendants await trial in April 2013. The Attorney General has declined to pursue the death penalty against them. The other eight Defendants have pled guilty to various charges, and any remaining charges against them have been dismissed.

When the Attorney General declined to pursue the death penalty, Defendants were no longer entitled to second counsel as of right, and the Court ordered funding for second counsel to cease. Counsel for Tillman, Attorney Grele, asked the Court to reinstate funding for second counsel because of the complexity of the present case. The Court denied the request. Counsel has asked the Court to stay the order denying the reappointment of second counsel. Counsel has

1  also objected to the Court's unsealing of a February 27, 2013 hearing.  The Court denies the
2  motions.

### CONCLUSION

IT IS HEREBY ORDERED that the Motion to Stay (ECF No. 812) and the Objection (ECF No. 813) are DENIED.

IT IS SO ORDERED.

DATED:  This 25th day of March, 2013.

_____
ROBERT C. JONES
United States District Judge