**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>            Plaintiff, )<br>  )        2:08-cr-00283-RCJ-PAL-3<br>    vs. )<br>  )<br>MARKETTE TILLMAN et al., )        **ORDER**<br>  )<br>            Defendants. )<br>  ) | |

IT IS HEREBY ORDERED that the Motion to Withdraw the Motion to Continue Trial (ECF No. 953) is GRANTED, and the Motion to Continue Trial (ECF No. 951) is DENIED as moot.

IT IS FURTHER ORDERED that the Stipulation to Conduct a Pre-Plea Presentence Investigation Report (ECF No. 954) is DENIED.

IT IS SO ORDERED.

Dated this 7th day of October, 2013.

_____
ROBERT C. JONES
United States District Judge