UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>MARKETTE TILLMAN,<br><br>                              Defendant. | Case No. 2:08-CR-283-KJD-PAL<br><br>ORDER |

Before the Court is Defendant Markette Tillman's Motion for Adjournment and Reimbursement (#994). As Defendant has now pled guilty, the only portion of this motion not moot is the request for reimbursement for providing trial clothing to Mr. Tillman. However, this request is governed by the Criminal Justice Act. The Guide to Judiciary Policy, Vol. 7, § 230.66.20 provides as follows: "The cost of items of a personal nature purchased for or on behalf of the person represented are not reimbursable under the CJA. Such items include: purchasing new clothing . . . ." Further, the FPD office maintains a "closet," and the Court understands that this wardrobe is typically available to CJA defendants. Accordingly, Defendant may not be reimbursed for trial clothing under the CJA.

Beyond the present motion, the Government's pending motion for Release of Trial Exhibits (#1006) is before the Court. Because Defendant has pled guilty, that motion is now moot.

Accordingly, and in harmony with the above discussion, both motions (##994, 1006) are **HEREBY DENIED**.

DATED this 1st day of August 2014.

_____
Kent J. Dawson
United States District Judge

2