UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff,<br><br>VS.<br><br>MARKETTE TILLMAN<br><br>　　Defendant, | 2:08-cr-00283-KJD-PAL<br><br>MINUTES OF THE COURT<br><br>Dated:　July 28, 2014 |

PRESENT:

THE HONORABLE **KENT J. DAWSON, U.S. DISTRICT JUDGE**

DEPUTY CLERK:　　　　　　DENISE SAAVEDRA AND BLANCA LENZI

COURT REPORTER:　　　　PATTY GANCI

PRESENT FOR PLAINTIFF:　NICHOLAS DICKINSON, AUSA & PHILLIP SMITH, AUSA, KEVIN ROSENBERG, AUSA

PRESENT FOR DEFENDANT:　LANCE MANINGO, JAMES ORONOZ, LUCAS GAFFNEY

JURY TRIAL - DAY 1

　　　　Proceedings begin at 9:13 a.m.   Defendant is present

　　　The Court grants Governments Motion in Limine (#999). Government request that Defense counsel and Defendant be canvas on most recent plea. The Court canvasses Defendant and Defense Counsel on most recent plea.

　　　60 Proposed jurors enter the Courtroom at 10:06 a.m. and are sworn. Voir Dire begins.

　　　Proceedings recess from 11:40am-12:06 p.m.

　　　Counsel exercise peremptory challenges. 14 jurors are seated and sworn. The Court admonishes the jury.

USA vs. MARKETTE TILLMAN
2:08-CR-00283-KJD-PAL
July 28, 2014
Page two

---

Proceedings recess from 12:51am-2:07 p.m.

Courtroom is sealed from 2:06 p.m. - 2:11 p.m.

Jury is present at 2:15 p.m.

Mr. Dickinson presents the Government's opening statement.

Defense Counsel reserve the right for opening statement.

**Leonard Cardinale** is sworn to testify as a witness for the Government. Mr. Rosenberg examines the witness. Government exhibits 87-06 and 87-001 are marked and admitted. Mr. Rosenberg passes the witness for cross examination. Mr. Gaffney cross examines the witness. After further examination by Mr. Rosenberg, the witness is excused.

**Kent Marscheck** is sworn to testify as a witness for the Government. Mr. Dickinson examines the witness. Government exhibits 87-2, 87-3, 87-4, 87-5, 87-7 to 87-51 are marked and admitted. Mr. Dickinson passes the witness for cross examination. Mr. Gaffney cross examines the witness. The witness is excused.

**James Bonkavich** is sworn to testify as a witness for the Government. Mr. Smith examines the witness. Government exhibits 86-1 to 86-38, 150 are marked and admitted. Mr. Smith passes the witness for cross examination. Mr. Maningo cross examines the witness. After further examination by Mr. Smith, the witness is excused.

**David Walburn** is sworn to testify as a witness for the Government. Mr. Rosenberg examines the witness. Mr. Rosenberg passes the witness for cross examination. Mr. Oronoz cross examines the witness. After further examination by Mr. Rosenberg, the witness is excused.

**Anthony Longo** is sworn to testify as a witness for the Government. Mr. Smith examines the witness. Government exhibits 221 is marked and admitted. Mr. Smith passes the witness for cross examination. Mr. Gaffney cross examines the witness, the witness is excused.

USA vs. MARKETTE TILLMAN
2:08-CR-00283-KJD-PAL
July 28, 2014
Page three

---

Jurors are admonished.

Proceedings recess at 4:27p.m.

**IT IS ORDERED that the jury trial is continued to Tuesday, July 28, 2014 at 9:30 AM.**

**LANCE S. WILSON, CLERK**
**UNITED STATES DISTRICT COURT**

/s/ Denise Saavedra
DEPUTY CLERK