UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MARKETTE TILLMAN,<br><br>　　　　　　　　　　Defendant. | Case No. 2:08-CR-283-KJD-PAL<br><br><br>ORDER |

Before the Court is a document (#1033) filed by Defendant independently from his legal counsel, and seeking to withdraw his guilty plea. Because Defendant was represented by counsel, only counsel may file motions. See 28 U.S.C. § 1654; United States v. Crowhurst, 629 F.2d 1297, 1301 (9th Cir. 1980) ("[T]he right to assistance of counsel and the right to waive that assistance and appear pro se are disjunctive rights."). Accordingly, the Court will not consider Defendant's filing (#1033). Defendant's recent filing through counsel reflects this same understanding (#1038).

DATED this 15th day of January 2015.

_____
Kent J. Dawson
United States District Judge