UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br> v.<br><br>MARKETTE TILLMAN,<br><br>         Defendant. | Case No. 2:08-CR-283-KJD-PAL<br><br>ORDER |

Before the Court is Defendant Tillman's Amended Unopposed Motion to Unseal Transcript for use in Pending Appeal (#1063). Good cause appearing, it is HEREBY ORDERED:

1. The sealed portion of the transcript of the hearing held on November 25, 2014, regarding withdrawal of counsel and related matters, referred to as Docket # 1045, shall be unsealed for the use of the Defendant and counsel for both Parties only.

2. Dissemination of the documents described above shall be limited to counsel for the parties in this case, their staff, and the Defendant, and solely for the purposes of litigating the direct appeal(s) in this case. Dissemination to any other person or entity is prohibited.

3. Should counsel for either party wish to file any or all of the above documents in the Ninth Circuit, they shall be filed under seal with the permission of that Court.

DATED this 8th day of April, 2015.

_____
Kent J. Dawson
United States District Judge