UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARKETTE TILLMAN,<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:08-cr-00283-KJD-PAL<br><br>**ORDER** |

Before the Court is Defendant Markette Tillman's Motion for Leave to File Amended Motion to Vacate (#1140). Also before the Court is Mr. Tillman's original Motion to Vacate Under 28 U.S.C. § 2255 (#1098) to which the Government responded (#1138), and Mr. Tillman replied (#1139). Based upon the allegations in Mr. Tillman's Motion to vacate and the Government's request in its opposition thereto,

**IT IS HEREBY ORDERED** that the attorney-client privilege in 2:08-cr-00283-KJD-PAL between Markette Tillman and his attorneys Lance Maningo and James Oronoz shall be deemed waived for all purposes related to Mr. Tillman's § 2255 motion to vacate. Former defense counsel, Mr. Maningo and Mr. Oronoz, shall, within 21 days of entry of this order, provide the Government with affidavits concerning all information known to them relating the those matters put at issue in Mr. Tillman's petition including his proposed amended petition (#1140-1). Further, Mr. Maningo and Mr. Oronoz may communicate with Government counsel and provide supporting documentation regarding any matter arising out of Mr. Tillman's pending § 2255 motions to vacate.

**IT IS FURTHER ORDERED** that the Government shall respond to Mr. Tillman's Motion for Leave to Amend his § 2255 Petition (#1140) including whether the amendment is timely filed;

**IT IS FURTHER ORDERED** that the Government shall file its supplemental response to Mr. Tillman's § 2255 motion to vacate, including any affidavit or documentary evidence from Mr. Maningo or Mr. Oronoz, and its response to Mr. Tillman's Motion to Amend (#1140) within 28 days of entry of this order. Mr. Tillman may reply to the Government's response to his Motion to Amend (#1140) within 21 days of the entry of that response.

**IT IS SO ORDERED.**

Dated this 7th day of November, 2018.

_____
Kent J. Dawson
United States District Judge