UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00283-KJD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MARKETTE TILLMAN, | |
| Defendant. | |

On April 27, 2022, the Court granted Defendant's Motion to Appoint Counsel (#1251) to pursue his motion for compassionate release just as it has in many other compassionate release cases. This Court granted the motion to appoint counsel in the same order that denied Defendant compassionate release. See Doc. No. 1261. It was the Court's intention that counsel be paid for his work. Therefore, the Court grants the motion to appoint counsel *nunc pro tunc* to January 20, 2022, the date it was filed.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Appoint Counsel (#1251) is **GRANTED *nunc pro tunc* to January 20, 2022.**

Dated this 20th day of January, 2022.
(*nunc pro tunc*)

Kent J. Dawson
United States District Judge